DOCKET NO. CV 21-08245-GW
UNITED STATES DISTRICT COURT
*for the*
CENTRAL DISTRICT OF CALIFORNIA

In re: Shawn Sharon Melamed and Jenous Tootian,
Debtors.

AMY GOLDMAN, Chapter 7 Bankruptcy Trustee of the Estate of
SHAWN SHARON MELAMED and JENOUS TOOTIAN,
*Plaintiff-Appellant,*

*vs.*

SHAWN DARDASHTI,
*Defendant-Appellee.*

Appeal from Judgment of the
UNITED STATES BANKRUPTCY COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

CASE NO. 1:20-bk-10069-MT, ADV. NO. 1:20-AP-01068-MT
Reported as *Goldman v. Dardashti (In re Melamed)*, 2021 Bankr. LEXIS 2769,
2021 WL 4558290 (Bankr. C.D. Cal. Oct. 5, 2021),
HONORABLE MAUREEN A. TIGHE, Bankruptcy Judge, presiding

**Order Approving Stipulation To Dismiss Appeal Without Prejudice Fed. R. App. Pro. 42(a)**

Whereas, on February 2, 2023, this Court entered its ruling reversing and remanding the ruling of the United States Bankruptcy Court for the Central District of California, Case No. 1:20-bk-10069-MT, Adv. No. 1:20-AP-01068-MT, reported as *Goldman v. Dardashti (In re Melamed)*, 2021 Bankr. LEXIS 2769,

1

2021 WL 4558290 (Bankr. C.D. Cal. Oct. 5, 2021) (ECF 17);

Whereas, on February 7, 2023, Appellee and Defendant Shawn Dardashti ("Dardashti") filed his notice of appeal of that ruling. [ECF 20]; and

Whereas, the parties have stipulated pursuant to Fed. R. App. Pro. 42(a) to dismiss the appeal of Dardashti without prejudice.

Having considered said stipulation and good cause appearing, IT IS HEREBY ORDERED THAT SAID STIPULATION IS APPROVED.

Dated: February 15, 2023

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE